

| | | |
|---|---|---|
| THE STATE OF TEXAS<br>VS.<br>**MICHAEL OWNBY**<br>900 INDUSTRIAL DR<br>HENDERSON,TX 75652 | SPN: **02991412**<br>DOB: **W M 6/20/1996**<br>DATE PREPARED: **11/30/2021** | D.A. LOG NUMBER: **2786594**<br>CJIS TRACKING NO.: **9269184218A001**<br>BY: **WH** DA NO: **2822546**<br>AGENCY: **SHF**<br>O/R NO: **201010816**<br>ARREST DATE: **10/28/2021** |

NCIC CODE: **131322**          RELATED CASES:

FELONY CHARGE: **ASSAULT PUBLIC SERVANT**

CAUSE NO: **1745260**                    COURT ORDERED BAIL:
HARRIS COUNTY DISTRICT COURT NO: **184**    PRIOR CAUSE NO:
FIRST SETTING DATE:                      CHARGE SEQ NUM: **1**

---

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

The duly organized Grand Jury of Harris County, Texas, presents in the District Court of Harris County, Texas, that in Harris County, Texas, **MICHAEL OWNBY,** hereafter styled the Defendant, heretofore on or about **October 27, 2021**, did then and there unlawfully, intentionally and knowingly cause bodily injury to J. Fernandez, hereinafter called the Complainant, a person the Defendant knew was a public servant while the Complainant was lawfully discharging an official duty, to-wit: escorting the Defendant to his cell inside the justice housing facility at 1200 Baker Street, by striking the Complainant with the Defendant's hand.

Before the commission of the offense alleged above, on October 25, 2021, in Cause No. 1673207, in the 179th District Court of Harris County, Texas, the Defendant was convicted of the felony offense of Assault - Continuous Family Violence.

```
                    FILED
                Marilyn Burgess
                District Clerk

                DEC 01 2021
            Time_____
            By:_____
                    Deputy
```

                                          Foreman                    184th

AGAINST THE PEACE AND DIGNITY OF THE STATE.

                                          _____
                                          FOREMAN OF THE GRAND JURY

**INDICTMENT**