Filed 21 November 09 P11:10
Marilyn Burgess - District Clerk
Harris County
EA001_1035563
By: ROBINSON, GREGORY

| | | |
|---|---|---|
| THE STATE OF TEXAS | | D.A. LOG NUMBER: **2789978** |
| VS. | | CJIS TRACKING NO.: **9269214273A001** |
| **MICHAEL PAUL OWNBY** | SPN: **02991412** | AGENCY:**DPS** |
| **1800 ST JOSEPH PKWY APT: 430** | DOB: **W M 06/20/1996** | O/R NO: **2021TRA50080441** |
| **HOUSTON TX 77003** | DATE PREPARED: **11/09/2021** | ARREST DATE: **11/09/2021** |

NCIC CODE: **0903 20**        RELATED CASES:

FELONY CHARGE: **MURDER**

CAUSE NO: **174680501010**                 COURT ORDERED BAIL: **Referred to (15.17)**
HARRIS COUNTY DISTRICT COURT NO: **184**    PRIOR CAUSE NO:
FIRST SETTING DATE: **11/11/2021**          CHARGE SEQ NUM: **1**

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:**

Before me, the undersigned Assistant District Attorney of Harris County, Texas, this day appeared the undersigned affiant, who under oath says that he has good reason to believe and does believe that in Harris County, Texas, **MICHAEL PAUL OWNBY**, hereafter styled the Defendant, heretofore on or about **October 29, 2021**, did then and there unlawfully, intentionally and knowingly cause the death of Fred Harris, hereinafter called the Complainant, by striking the Complainant's head against a concrete floor.

It is further presented that in Harris County, Texas, Michael Paul Ownby, hereinafter styled the Defendant, heretofore on or about October 29, 2021, did then and there unlawfully intend to cause serious bodily injury to Fred Harris, hereinafter called the Complainant, and did cause the death of the Complainant by intentionally and knowingly committing an act clearly dangerous to human life, namely by striking the Complainant's head against a concrete floor.

It is further presented that in Harris County, Texas, , Michael Paul Ownby, hereafter styled the Defendant, heretofore on or about October 29, 2021, did then and there unlawfully, intentionally and knowingly cause the death of Fred Harris, hereinafter called the Complainant, by striking the Complainant's head with his foot

It is further presented that in Harris County, Texas, Michael Paul Ownby, hereinafter styled the Defendant, heretofore on or about October 29, 2021, did then and there unlawfully intend to cause serious bodily injury to Fred Harris, hereinafter called the Complainant, and did cause the death of the Complainant by intentionally and knowingly committing an act clearly dangerous to human life, namely by striking the Complainant's head with his foot.

It is further presented that in Harris County, Texas, , Michael Paul Ownby, hereafter styled the Defendant, heretofore on or about October 29, 2021, did then and there unlawfully, intentionally and knowingly cause the death of Fred Harris, hereinafter called the Complainant, by stabbing the Complainant with a weapon made from a sharpened utensil

It is further presented that in Harris County, Texas, Michael Paul Ownby, hereinafter styled the Defendant, heretofore on or about October 29, 2021, did then and there unlawfully intend to cause serious bodily injury to Fred Harris, hereinafter called the Complainant, and did cause the death of the Complainant by intentionally and knowingly committing an act clearly dangerous to human life, namely by stabbing the Complainant with a weapon made from a sharpened utensil.

**AGAINST THE PEACE AND DIGNITY OF THE STATE.**

Signed and sworn by me on  11/09/2021

*[signature: Gaby Cruz]*

Gaby Cruz
AFFIANT

Duly attested by me on  11/09/2021

*[signature: Michael Levine]*

Michael Levine
Assistant District Attorney
Harris County District Attorney's Office
TBC No. 24013037
LEVINE_MICHAEL@DAO.HCTX.NET

**COMPLAINT**