UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DALLAS GARCIA, Individually and as A representative of the Estate of FRED HARRIS, deceased, Plaintiff, | § § § § § | |
| v. | § § | Civil Action No.: 4:22-cv-3093 |
| HARRIS COUNTY, TX. and HARRIS COUNTY SHERIFF'S OFFICE, Defendants. | § § § § | |

## DEFENDANT HARRIS COUNTY'S SECOND SUPPLEMENTAL DISCLOSURES

TO: DALLAS GARCIA, Plaintiff, c/o Randall Kallinen and Alexander Johnson, Kallinen Law, PLLC, 511 Broadway Street, Houston, TX 77012.

In accordance with Federal Rule of Civil Procedure 26(a), Defendant HARRIS COUNTY ("Harris County" or "the County") provides the following supplemental information:

**B.  Documents That Support Claims or Defenses (Rule 26(a)(1)(A)(ii)):**

(1)  Per the Confidentiality and Protective Order [Doc. #25], Harris County produces the following documents that have been redacted and marked as confidential:

| | |
|---|---|
| 000507 | Video-Ownby escorted to 3rd Floor holding cell 10-29-21 |
| 000508 | Video-Ownby and Harris in 3rd Floor holding cell 10-29-21 |
| 000509 | Video-DO Area at 3rd Floor 10-29-21 |
| 000510 | Video-DO Area at 3rdFloor 10-29-21 |
| 000511 | Video-Harris exits Gen. Pop. 10-29-21 |
| 000512 | Video-DO Area at 3rd Floor 10-29-21 |
| 000513 | Video-Harris escorted to 3rd Floor holding cell 10-29-21 |
| 000514 | Video-Harris in 3rd Floor Hallway 10-29-21 |
| 000515 | Video-Harris placed in 3rd Floor holding cell 10-29-21 |
| 000516 | Video-Harris escorted to 3rd Floor holding cell 10-29-21 |
| 000517 | Video-DO Area at 3rd Floor 10-29-21 |
| 000518 | Video-Ownby Assaults Harris 10-29-21 |
| 000519 | Video-DO Area at 3rd Floor 10-29-21 |
| 000520 | Video-DO Area at 3rd Floor 10-29-21 |
| 000521 | Video-3rd Floor Elevator Lobby after assault by Ownby 10-29-21 |
| 000522 | Video-removal of Harris out of holding cell after Ownby assault 10-29-21 |
| 000523 | Video- D.O. area |

| 000524 | Video-elevator |
|--------|----------------|
| 000525 | Video-Harris carried into/out of elevator |
| 000526 | Video-Medical Hallway |
| 000527 | Video-Medical Hallway |
| 000528 | Video-Medical Hallway |
| 000529 | Video-Medical area |
| 000530 | Video-Sally Port area |
| 000531 | Video-Sally Port area |

(2) Harris County previously produced redacted copies of documents/evidence under bates ##HC_F.Harris_000001-000077; 000079; 000085-000136; 000142-000145; 000147-172; 000226-000235; 000293-000329; 000331-000498]

(3) Harris County previously identified the following documents that are in the possession, control and custody of third parties, which Plaintiff has equal access via subpoena:

- Houston Fire Department Patient Care Report-Incident #2110291094
- Texas Department of Public Safety Report #2021I-TRA-50080441
- Houston Police Department Offense Report #136767721
- The Harris Center for Mental Health and IDD
- University of Texas Medical Branch
- White Oaks Hospital

Respectfully submitted,

OF COUNSEL:

CHRISTIAN MENEFEE
TEXAS BAR NO. 24088049
HARRIS COUNTY ATTORNEY

Date: January 19, 2023.    By:    */s/ Jennifer F. Callan*
                                  JENNIFER F. CALLAN
                                  Assistant County Attorney
                                  ATTORNEY-IN-CHARGE
                                  State Bar No. 00793715
                                  Fed. Bar No. 22721
                                  Tel: (713) 274-5146 (direct)
                                  Fax: (713) 755-8823
                                  jennifer.callan@harriscountytx.gov

GREGORY BURNETT
Sr. Assistant County Attorney
State Bar No. 24057785
Fed. Bar No. 3785139
Tel: (713) 274-5224 (direct)
gregory.burnett@harriscountytx.gov

JAMES C. BUTT
Sr. Assistant County Attorney
State Bar No. 24040354
Fed. Bar No. 725423
Phone: (713) 274-5133 (direct)
james.butt@harriscountytx.gov

Harris County Attorney's Office
1019 Congress
Houston, Texas 77002

**Attorneys for Defendant Harris County**

## **CERTIFICATE OF SERVICE**

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause via email and regular mail:

Randall Kallinen
Alexander Johnson
Kallinen Law, PLLC
511 Broadway Street
Houston, TX 77012

*/s/ Jennifer F. Callan*
Jennifer F. Callan