Exhibit 1

Application to Determine Heirship in the Estate of Fred Joseph Harris

03/30/2023 14:23 2815647720 PAGE 02/04

FILED
4/4/2023 12:04 PM
Teneshia Hudspeth
County Clerk
Harris County - County Probate Court No. 3
Accepted By: ST

No. 500,570

| | | |
|---|---|---|
| IN THE ESTATE OF | )( | IN PROBATE COURT |
| | )( | |
| FRED JOSEPH HARRIS V, | )( | NO. TWO(2) |
| | )( | |
| DECEASED. | )( | HARRIS COUNTY, TEXA |

## APPLICATION TO DETERMINE HEIRSHIP

The following Applicant, Dallas Garcia furnishes the following information to the Court:

1. Fred Joseph Harris V ("Decedent") died on October 21, 2021, at the age of nineteen years, in Houston, Texas.

2. Decedent did not leave a will and died intestate. Hence, it is in the best interest of the Estate for the Court to determine who are the heirs and only heirs of the Decedent.

3. This Court has jurisdiction and venue is proper because this is the Court where venue would be proper for the commencement of an administration under Section 33.001 of the Texas Estates Code and no will has been probated and an administration of the decedent's estate is pending.

4. Applicant claims to be the owner of all or a part of Decedent's Estate. The last three digits of the social security number of Dallas Garcia are ███ The last three digits of her Texas Driver's License number are ███

5. The last three digits of the social security number of decedent are ███ Decedent did not have a driver's license.

5. The names and residences of all of Decedent's heirs, the relationship of each heir to Decedent and the true interest of the Applicant and of each of the heirs in the Estate of Decedent are as follows:

    a. Name: Dallas Garcia, an adult (applicant)

---

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy - Page 1 of 3
Attest: 4/11/2023
**Teneshia Hudspeth, County Clerk**
Harris County, Texas

_____ Deputy
Nicole M. Wise

 CON:1087309|19642632

        Address: 12423 Green trails Dr. Stafford TX 77477
        Relationship: mother
        Share of Real Property: 100%
        Share of Personal Property: 100%

    b.    The father of Decedent is dead and his only heir and issue is decedent, and there is no claim on the estate from his side. Decedent had no siblings.

6.    At the time of Decedent's death, Decedent owned real property in the State of Texas and personal property as follows: None.

7. Personal Property: None.

The purpose of the heirship is to ascertain the heirs and survivors of the Decedent for the purposes of a civil rights lawsuit for wrongful death against Harris County

8.    There has been an application for an independent administration filed in this case, as well as a request for the naming of an attorney ad litem.

9.    Decedent was a single man at the time of his death, and was never married

10.    Decedent had no children

11.    This procedure is necessary to determine his heirs.

12.    This Application does not omit any information required by the Texas Estates Code, Sections 202.004, 202.005, 202.007 and 202.008, except as follows: None.

13.    There is a need for the administration of this Estate because of the pending lawsuit against Harris County, Texas.

14.    This Application contains all of the material facts and circumstances within the knowledge and information of the Applicant that might reasonably tend to show the time or place of death or the names or residences of all heirs, if the time or place of death or the names or residences of all the heirs are not definitely known to the Applicant, except as follows: None.

Applicant prays that citation issue as required by law; that an attorney ad litem be

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy - Page 2 of 3
Attest: 4/11/2023
**Teneshia Hudspeth, County Clerk**
Harris County, Texas

 Deputy  CON:1087309|19642632

Nicole M. Wise



appointed to represent the interests of heirs whose names and/or locations are unknown and any incapacitated heir upon a finding that the appointment is necessary to protect the interests of that heir; that upon hearing hereof, this Court determine who are the heirs and only heirs of Decedent and their respective shares and interests in this Estate; and that a necessity exists for an administration of Decedent's Estate.

Respectfully submitted,

_Michael Skadden_ Dallas Garcia, Applicant

Michael Skadden, Attorney for Applicant
State Bar No.: 18451600
10001 Westpark No. 30
Houston, Texas, 77042
Telephone: (713) 785-8948
Facsimile: (281) 975-6303
E-mail: michaelskadden@att.net

**STATE OF TEXAS**

COUNTY OF FORT BEND

I, Dallas Garcia, Applicant, having been duly sworn, hereby state on oath that insofar as is known to me, all of the allegations of the foregoing Application to Determine Heirship are true in substance and in fact and that no material fact or circumstance has, within my knowledge, been omitted from the Application.

_Dallas Garcia_
Dallas Garcia, Applicant

SWORN TO AND SUBSCRIBED BEFORE ME on this the day 30ᵗʰ of March, 2023 by Dallas Garcia, to certify which witness my hand and seal of office.

_V. Akeredolu_
Notary Public, State of Texas



---

Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy - Page 3 of 3
Attest: 4/11/2023
**Teneshia Hudspeth, County Clerk**
Harris County, Texas

 Deputy

Nicole M. Wise

CON:1087309|19642632