# TEXAS COMMISSION ON JAIL STANDARDS

**EXECUTIVE DIRECTOR**
Brandon S. Wood



P.O. Box 12985
Austin, Texas 78711
Voice: (512) 463-5505
Fax: (512) 463-3185
Agency Website: http://www.tcjs.state.tx.us
E-mail Address: info@tcjs.state.tx.us

February 20, 2024

The Honorable Lina Hidalgo
Harris County Judge
1001 Preston, Ste. 911
Houston, TX 77002-1817

and

Sheriff Ed Gonzalez
Harris County Sheriff
1200 Baker Street
Houston, TX 77002

Dear Judge Hidalgo and Sheriff Gonzalez,

Pursuant to the provisions of V.T.C.A. Government Code, Section 511.011 and Title 37, Texas Administrative Code (Chapter 297, Section 5, Texas Minimum Jail Standards), you are hereby notified that the jail in your county fails to comply with minimum standards established under V.T.C.A. Local Government Code, Chapter 351, and the rules of this Commission, and that appropriate corrective measures must be initiated. A reasonable completion date for corrective measures should be set. Failure to initiate appropriate corrective action may cause a remedial order to be issued and enforced, or other appropriate action taken. _**In accordance with Chapter 297, Section 6, Texas Minimum Jail Standards, please notify this agency in writing within thirty (30) days of receipt of this notice as to actions initiated.**_

The attached page(s) indicate minimum standards violated, corrective measures required, and date by which corrective measures must be initiated. Please reference the Inspection Requirements Review and Jail Inspection Report issued on February 12-16, 2024 detailing the specific issues that resulted in the issuance of this notice of non-compliance.

Issued this 20th day of February 2024
Texas Commission on Jail Standards

By _____
Brandon S. Wood, Executive Director

BW/SR

Judge Bill Stoudt, Longview, Chair
Dr. Esmaeil Porsa, M.D., Parker, Vice-Chair
Ross Reyes, Melissa
Sheriff Kelly Rowe, Lubbock
Sheriff Raul "Pinky" Gonzales, Refugio
Patricia M. Anthony, Garland
Commissioner Ben Perry, Waco
Duane Lock, Southlake
Monica McBride, Alpine

"The Commission on Jail Standards welcomes all suggestions and will promptly respond to all complaints directed against the agency or any facilities under its purview".
To empower local government to provide safe, secure and suitable local jail facilities through proper rules and procedures while promoting innovative programs and ideas

# TEXAS COMMISSION ON JAIL STANDARDS



EXECUTIVE DIRECTOR
Brandon S. Wood

P.O. Box 12985
Austin, Texas 78711
Voice: (512) 463-5505
Fax: (512) 463-3185
http://www.tcjs.state.tx.us
info@tcjs.state.tx.us

## NOTICE OF NON-COMPLIANCE
## HARRIS COUNTY JAIL

### February 20, 2024

Please reference the Inspection Requirements Review and Jail Inspection Report issued on February 12-16, 2024, detailing the specific issues that resulted in the issuance of this notice of non-compliance.

| Minimum Standards Violated: | Corrective Measure Required | Date Corrective Action Must Be Completed |
|---|---|---|
| 273.7(7) | Provide procedures for the distribution of prescriptions in accordance with written instructions from a physician by an appropriate person designated by the sheriff/operator; Records reviewed failed to show that inmates housed at the **1307 Baker St Facility are provided medication in accordance with written instructions from a physician.** | **Upon receipt of this notice.** |
| 275.(1) | Every facility shall have the appropriate number of jailers at the facility 24 hours each day. Facilities shall have an established procedure for documented face-to-face observation of all inmates by jailers no less than once every 60 minutes. Observation shall be performed at least every 30 minutes in areas where inmates known to be assaultive, potentially suicidal, mentally ill, or who have demonstrated bizarre behavior are confined. **60-minute observations of inmates were exceeded by staff in January approximately 1400 times by 2 minutes to 115 minutes. Additionally, observation records for areas where inmates known to be assaultive, potentially suicidal, mentally ill, or who have demonstrated bizarre behavior are confined exceeded the 30-minute observation by 2 minutes to 195 minutes. This deficiency is continued from the August 28, 2023, inspection.** | **Upon receipt of this notice.** |

Judge Bill Stoudt, Longview, Chair
Dr. Esmaeil Porsa, M.D., Parker, Vice-Chair
Ross Reyes, Melissa

Sheriff Kelly Rowe, Lubbock
Sheriff Raul "Pinky" Gonzales, Refugio
Patricia M. Anthony, Garland

Commissioner Ben Perry, Waco
Duane Lock, Southlake
Monica McBride, Alpine

"The Commission on Jail Standards welcomes all suggestions and will promptly respond to all complaints directed against the agency or any facilities under its purview"
To empower local government to provide safe, secure and suitable local jail facilities through proper rules and procedures while promoting innovative programs and ideas

| 275.(4) | Inmates shall be supervised by an adequate number of jailers to comply with state law and this chapter. One jailer shall be provided on each floor of the facility where 10 or more inmates are housed, with no less than 1 jailer per 48 inmates or increment thereof on each floor for direct inmate supervision. **On more than one occasion, Harris County failed to meet the 1:48 as required by standards. This deficiency is continued from the August 28, 2023, inspection.** | Upon receipt of this notice. |
|---|---|---|



# Texas Commission on Jail Standards

Harris County Jail

Houston, Texas

February 12-16, 2024
Date(s) of Inspection

SUBJECT: COMPREHENSIVE INSPECTION REPORT

State Law requires periodic inspections of county jail facilities (VTCA, Local Government Code, Chapter 351, VTCA, Government Code, Chapter 511; Chapter 297.8, Texas Commission on Jail Standards).

☑ The facility was inspected on the date(s) indicated above, and it was determined that deficiencies exist. You are urged: (1) to give these areas of noncompliance your serious and immediate consideration; and (2) to promptly initiate and complete appropriate corrective measures. The Commission is available to discuss or assist you with the appropriate corrective measures required.

Failure to initiate and complete corrective measures following receipt of the Notice of Noncompliance may result in the issuance of a Remedial Order (Chapter 297.8, et seq.).

☐ This facility was inspected on the date(s) indicated above. There were no deficiencies noted and upon review of this report by the Executive Director of the Texas Commission on Jail Standards, a certificate of Compliance may be issued per the requirements of VTCA, Chapter 511 and Texas Minimum Jail Standards.

Authenticated:

*Michael Garrett*, TCJS Inspector

*Martin Arnold*, TCJS Inspector

*Michael Gravitt*, TCJS Inspector

*Jason Jouett*, TCJS Inspector

*Ricky Armstrong*, TCJS Asst. Director

Inter-Office Use Only

| Received by: | 2/20/2024 Date |
| Reviewed by: | 2/20/2024 Date |

RECEIVED
By Gabriel Farley at 8:23 am, Feb 20, 2024

cc: Judge
    Sheriff

Individuals and/or entities regulated by the Texas Commission on Jail Standards shall direct all complaints regarding the commission procedures and functions to the Executive Director at: P.O. Box 12985 Austin, Texas 78711 (512) 463-5505 Fax (512) 463-3185 or at our agency website at www.tcjs.state.tx.us .

# TEXAS COMMISSION ON JAIL STANDARDS - INSPECTION REQUIREMENTS REVIEW

| Michael Gravitt, TCJS Inspector | Michael Garrett, TCJS Inspector | Jason Jouett, TCJS Inspector |
|---|---|---|
| | | Date: February 12-16, 2024 |

Facility Harris County Jail

| Chapter | Title | Comments |
|---|---|---|
| 259 | New Construction | Interviewed staff. Reviewed policy. Conducted a walk-through inspection of the system. |
| 261 | Existing | Not applicable. |
| 263 | Life Safety | Inspected life safety equipment and conducted and observed emergency drill. Reviewed documentation. Conducted staff interviews. |
| 265 | Admission | Not applicable. |
| 267 | Release | Reviewed a random sample of inmate files. Interviewed staff. |
| 269 | Records/Procedure | Reviewed policy and documentation. Interviewed staff and reviewed ADA compliance evaluation. |
| 271 | Classification | Reviewed staff training records. Reviewed internal classification audits. Reviewed policy. Interviewed staff. The inspection team reviewed 40 files. |
| 273 | Health Services | Reviewed 40 inmate medical files. Reviewed operational plans. (1.) <u>Deficiency noted, see report.</u> <u>Technical assistance provided</u> – During the investigation of an inmate complaint received while on site, it was learned that out of 173 inmates going to Court in the last 30 days, 32 inmates housed at 1307 Baker St Facility did not receive prescribed medications. Medical medication administration records reviewed, reveal that inmates who are taken to court are counted as no-shows during medication call in the mornings. <u>Follow-up action required</u> – Within the next 30 days, administration will develop a plan of action outlining procedures to be followed that ensures inmates are being provided medications before being taken to court. The administration will provide a weekly list of inmates' prescribed a.m. medications, a weekly court docket, and medication administration records for inmates taken to court at the 1307 Baker St Facility. All required documents will be provided to Lead Inspector Garrett for 30 to 45 days. |
| 275 | Supervision | Reviewed officer documentation. Interviewed staff. The inspection team reviewed 74 supervisor licenses and 168 Jailers licenses, for a total of licenses reviewed being 242. <u>Deficiencies Continues Technical Assistance Provided:</u> (1.) 60-minute observations of inmates were exceeded by staff in January approximately 1400 times by 2 minutes to 115 minutes. Additionally, observation records for areas where inmates known to be assaultive, potentially suicidal, mentally ill, or who have demonstrated bizarre behavior are confined exceeded the 30-minute observation by 2 minutes to 195 minutes. The previous deficiency continues. (2.) After reviewing staffing rosters, inspectors determined that staffing did not meet the minimum requirement of 1 officer to every 48 inmates at 710 San Jacinto and 1200 Baker. The previous deficiency continues. <u>Follow up Required:</u> Harris County will continue to send Inspector staffing records for all inmate housing facilities weekly. |
| 277 | Personal Hygiene | Conducted a facility walk through. Reviewed facility schedule. |
| 279 | Sanitation | Conducted a facility walk through. Interviewed staff and inmates. Reviewed policy. |
| 281 | Food Service | Conducted walk through inspection in kitchen area. Interviewed staff. Reviewed documentation. |
| 283 | Discipline | Reviewed 50 inmate disciplinary reports. Reviewed policy. They interviewed staff and inmates. |
| 283 | Discipline Cont | While reviewing displainry reports the inspection team reviewed a disiplianry appeal that was on file. Inspection team reviewed 40 files. |
| 283.3 | Grievances. | Reviewed 40 files. Interviewed staff and inmates. Reviewed policy. |
| 285 | Exercise | Walk through of exercise area conducted. Reviewed documentation. Interviewed staff and inmates. |
| 287 | Education/Library | Reviewed policy and schedule. Interviewed staff and inmates. |
| 289 | Work Assignments | Reviewed policy and schedule. Interviewed staff and inmates.. |
| 291.2 | Telephone | Reviewed policy and schedule. Interviewed staff and inmates.. |

RECEIVED
By Gabriel Farley at 8:24 am, Feb 20, 2024

## TEXAS COMMISSION ON JAIL STANDARDS - INSPECTION REQUIREMENTS REVIEW

| | | |
|---|---|---|
| 291.3 | Correspondence | Reviewed policy and schedule. Interviewed staff and inmates... |
| 291.4 | Commissary | Reviewed policy and schedule. Interviewed staff and inmates.. |
| 291.5 | Visitation | Reviewed policy and schedule. Interviewed staff and inmates.. |
| xxx | Religious Practices | Reviewed policy and schedule. Interviewed staff and inmates.. |
| xxx | Variances | Reviewed facility variances. . |
| xxx | Remedial Orders | Not applicable. |
| | Complaints | Interviewed staff and inmates. Reviewed complaints regarding temperature of the facility, found the facilities to be in compliance with minimum standards. |

*Ricky Armstrong*
Ricky Armstrong, TCJS, Asst. Director

*Martin P. Arnold*
Martin Arnold, TCJS inspector

RECEIVED
By Gabriel Farley at 8:24 am, Feb 20, 2024

**Facility Name:** Harris Co. Jail  **Date:** February 12-16, 2024

| Item | Section | Paragraph | Comments |
|---|---|---|---|
| 1 | 273.7 | (7) | Provide procedures for the distribution of prescriptions in accordance with written instructions from a physician by an appropriate person designated by the sheriff/operator; **Records reviewed failed to show that inmates housed at the 1307 Baker St Facility are provided medication in accordance with written instructions from a physician.** |
| 2 | 275 | (1) | Every facility shall have the appropriate number of jailers at the facility 24 hours each day. Facilities shall have an established procedure for documented, face-to-face observation of all inmates by jailers no less than once every 60 minutes. Observation shall be performed at least every 30 minutes in areas where inmates known to be assaultive, potentially suicidal, mentally ill, or who have demonstrated bizarre behavior are confined. **60-minute observations of inmates were exceeded by staff on a routine basis by 1 minute to 1 hour 55 minutes.** |
| 3 | 275 | (4) | Inmates shall be supervised by an adequate number of jailers to comply with state law and this chapter. One jailer shall be provided on each floor of the facility where 10 or more inmates are housed, with no less than 1 jailer per 48 inmates or increment thereof on each floor for direct inmate supervision. **On more than one occasion, Harris County failed to meet the 1:48 as required by standards.** |

RECEIVED
By Gabriel Farley at 8:24 am, Feb 20, 2024

Technical Assistance

**Facility Name:** Harris Co. Jail  **Date:** February 12-16, 2024

| Item | Section | Paragraph | Comments |
|---|---|---|---|
| 1 | 273.7 | (7) | Provide procedures for the distribution of prescriptions in accordance with written instructions from a physician by an appropriate person designated by the sheriff/operator; **Records reviewed failed to show that inmates housed at the 1307 Baker St Facility are provided medication in accordance with written instructions from a physician.** |
| 2 | 275 | (1) | Every facility shall have the appropriate number of jailers at the facility 24 hours each day. Facilities shall have an established procedure for documented, face-to-face observation of all inmates by jailers no less than once every 60 minutes. Observation shall be performed at least every 30 minutes in areas where inmates known to be assaultive, potentially suicidal, mentally ill, or who have demonstrated bizarre behavior are confined. **60-minute observations of inmates were exceeded by staff on a routine basis by 1 minute to 1 hour 55 minutes.** |
| 3 | 275 | (4) | Inmates shall be supervised by an adequate number of jailers to comply with state law and this chapter. One jailer shall be provided on each floor of the facility where 10 or more inmates are housed, with no less than 1 jailer per 48 inmates or increment thereof on each floor for direct inmate supervision. **On more than one occasion, Harris County failed to meet the 1:48 as required by standards.** |

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

**9214890194038300004964 4592**

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:08 pm on February 23, 2024 in HOUSTON, TX 77002.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

HOUSTON, TX 77002
February 23, 2024, 12:08 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates    ⌄

Return Receipt Electronic    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌄

See Less ⌃