**EXHIBIT 4 ARE VIDEOS AND IS FILED SEALED AND CONFIDENTIAL UNDER CASE PROTECTIVE ORDER AND IN THE COURT FILE WITH THE COURT CLERK**