United States District Court
Southern District of Texas
**ENTERED**
March 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DALLAS GARCIA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-03093 |
| § | |
| HARRIS COUNTY, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Plaintiff Dallas Garcia's Motion for Extension of Time to Serve Unserved Defendants (the "Motion to Extend Service") filed April 15, 2024. Doc. #69. On May 3, 2024, Judge Andrew M. Edison held a mediation in this matter. Following mediation, the Court was informed the parties had settled this case. The Court was also informed that there are outstanding probate matters that need to be resolved before the settlement agreement can be executed. At a status conference on February 7, 2025, the parties notified the Court that the probate matters are still pending. Accordingly, Plaintiff's Motion to Extend Service (Doc. #69) is hereby DENIED without prejudice to refile, if necessary.

It is so ORDERED.

**MAR 17 2025**
Date

The Honorable Alfred H. Bennett
United States District Judge