**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Dallas Garcia

v.                                                                                                         Case Number: 4:22−cv−03093

Harris County, et al.

---

**NOTICE OF HEARING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Status Conference set for 8/1/2025 at 11:00 AM before Judge Alfred H Bennett.

**PLACE**
Courtroom 9A
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: July 16, 2025

Nathan Ochsner, Clerk, Clerk
s/ 4 LisaREdwards, Deputy Clerk
