# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

Dallas Garcia

v.                       Case Number: 4:22−cv−03093

Harris County, et al.

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Status Conference set for 9/5/2025 at 09:30 AM before Judge Alfred H Bennett.

**PLACE**
Courtroom 9A
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: August 1, 2025

                                                       Nathan Ochsner, Clerk, Clerk
                                                       s/ 4 LisaREdwards, Deputy Clerk