UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Dallas Garcia

v.  Case Number: 4:22–cv–03093

Harris County, et al.

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 9/19/2025

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   September 2, 2025

Nathan Ochsner, Clerk