IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DALLAS GARCIA, *Individ.*, and as a representative of the estate of FRED HARRIS, deceased,<br><br>*Plaintiff,*<br><br>V.<br><br>HARRIS COUNTY, TX,<br><br>*Defendants.* | Civil Action No. 4:22cv3093<br>(Jury Trial) |

## NOTICE OF COMPLETED SETTLEMENT

**TO THE HONORABLE ALFRED H. BENNETT:**

NOTICE IS HEREBY GIVEN that settlement has been completed and there are no remaining issues the case can be dismissed.

Respectfully submitted,

*/s/ Randall L. Kallinen*
Randall L. Kallinen
KALLINEN LAW PLLC
State Bar of Texas Bar No. 00790995
U.S. Southern District of Texas Bar No. 19417
511 Broadway Street
Houston, Texas 77012
Telephone:  713/320-3785
Fax:          713/893-6737
Email:       AttorneyKallinen@aol.com

Alexander C. Johnson

1

> KALLINEN LAW PLLC
> State Bar of Texas No. 24123583
> U.S. Southern District of Texas No. 3679181
> 511 Broadway Street
> Houston, Texas 77012
> Telephone:  573/340-3316
> Fax:             713/893-6737
> Email:          alex@acj.legal
>
> Brandon F. Renken
> MAYER BROWN LLP
> 700 Louisiana St., Suite 3400
> Houston, TX 77002
> Telephone:   (713) 238-2602
> Facsimile:    (713) 238-4602
> Email:           brenken@mayerbrown.com
>
> ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

I certify that I have conferred in good faith by email with all counsel of record and they are Agreed to the filing of this notice.

> */s/ Randall L. Kallinen*
> Randall L. Kallinen

## CERTIFICATE OF SERVICE

I certify that on January 16, 2026, I have served a true and correct copy of the foregoing document that was delivered by the ECF system in accordance with the Federal Rules of Civil Procedure to all ECF notice attorneys of record.

> */s/ Randall L. Kallinen*
> Randall L. Kallinen